IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–41–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| KELLY JOHNSON, | |
| Defendant. | |

Before the Court is the United States' unopposed motion for Preliminary Order of Forfeiture of the property identified below. Defendant Kelly Johnson has been adjudged guilty of Prohibited Person in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1). (Doc. 30.) For such violation, Defendant has also admitted the Indictment's forfeiture allegation. (Doc. 26)

The Plea Agreement (Doc. 19) and the Offer of Proof (Doc. 23) establish a factual basis and cause to issue a preliminary order of forfeiture pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that the Motion for Preliminary Order of Forfeiture is GRANTED.

IT IS FURTHER ORDERED that Defendant Elm's interest in the following property is forfeited under 18 U.S.C. § 924(d):

1

A.    Glock Inc. 17 Gen4 pistol Cal: 9 SN: ACNZ581
B.    Thirteen (13) rounds of assorted ammunition Cal: 9; and
C.    Assorted ammunition and accessories.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or a designated sub-custodian, are directed to seize this property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties with a potential legal interest in the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that, upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 9th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court